THE STATE OF OHIO, APPELLEE, *v.* JACKSON, APPELLANT.

[Cite as *State v. Jackson,* 124 Ohio St.3d 117, 2009-Ohio-6541.]

*Court of appeals' judgment affirmed on the authority of State v. Lester.*

(No. 2009-0239 — Submitted September 30, 2009 — Decided
December 17, 2009.)

APPEAL from the Court of Appeals for Lucas County, No. L-07-1281,
2008-Ohio-6805.

_____

{¶ 1}  The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and Evy M. Jarrett, Assistant Prosecuting Attorney, for appellee.

John B. Jackson, pro se.

_____